UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PIFER, JAMES T.** | ) | Bankruptcy Case No. 17-80013 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 5, 2018, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

PIFER, JAMES T.
714 KIWANIS DRIVE #1
FREEPORT, IL 61032

Ford Motor Credit Company LLC
P.O. Box 62180
Colorado Springs, CO 80962

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73118

Frontier Communications
Bankruptcy Dept
19 John St
Middletown, NY 10940

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com