**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PIFER, JAMES T.　　　　　　　　　　§　Case No. 17-80013-TML
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $43,400.00　　　　　　　Assets Exempt: $23,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $78.21　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment: $90,500.00

Total Expenses of Administration: $9,551.43

---

　　　3) Total gross receipts of $ 43,505.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 33,875.50 (see **Exhibit 2**), yielded net receipts of $9,629.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $35,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,000.43 | 9,551.43 | 9,551.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,500.00 | 19,245.14 | 78.21 | 78.21 |
| **TOTAL DISBURSEMENTS** | $144,500.00 | $30,245.57 | $9,629.64 | $9,629.64 |

4) This case was originally filed under Chapter 7 on January 04, 2017. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2019          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of Judy McGinn | 1249-000 | 39,259.14 |
| Bankruptcy Estate Tax Refund-Year Ending 04/2018 | 1224-000 | 4,246.00 |
| **TOTAL GROSS RECEIPTS** | | **$43,505.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PIFER, JAMES T. | Dividend paid 100.00% on $33,875.50; Claim# SURPLUS; Filed: $33,875.50; Reference: | 8200-002 | 33,875.50 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$33,875.50** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GST Exempt Trust | 4110-000 | 34,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gene Green Auto Sales | 4110-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$35,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 1,712.96 | 1,712.96 | 1,712.96 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,640.00 | 3,640.00 | 3,640.00 |
| Accountant for Trustee Fees (Trustee Firm) - RSM US LLP | 3310-000 | N/A | 4,762.00 | 3,313.00 | 3,313.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 22.86 | 22.86 | 22.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.16 | 45.16 | 45.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.49 | 54.49 | 54.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.92 | 61.92 | 61.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.32 | 54.32 | 54.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.86 | 59.86 | 59.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.03 | 56.03 | 56.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.09 | 54.09 | 54.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.46 | 61.46 | 61.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.07 | 52.07 | 52.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.71 | 55.71 | 55.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.78 | 53.78 | 53.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.11 | 61.11 | 61.11 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 17.95 | 17.95 | 17.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.60 | 53.60 | 53.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.05 | 59.05 | 59.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.01 | 62.01 | 62.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,000.43 | $9,551.43 | $9,551.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 7100-000 | 19,000.00 | 18,948.23 | 0.00 | 0.00 |
| 2 | Verizon | 7100-000 | N/A | 218.70 | 0.00 | 0.00 |
| 3 | Frontier Communications | 7100-000 | 0.00 | 76.93 | 76.93 | 76.93 |
| 3I | Frontier Communications | 7990-000 | N/A | 1.28 | 1.28 | 1.28 |
| NOTFILED | Citi | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Card | 7100-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Kevin Halligan | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $109,500.00 | $19,245.14 | $78.21 | $78.21 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-80013-TML  
**Case Name:** PIFER, JAMES T.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/04/17 (f)  
**§341(a) Meeting Date:** 02/23/17

**Period Ending:** 03/09/19  
**Claims Bar Date:** 08/22/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 714 Kiwanis Drive, Freeport, IL | 32,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at Midwest Bank | 650.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture, furnishings, appliances and misc. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. household implements and tools | 150.00 | 0.00 | | 0.00 | FA |
| 5 | lawn mower and misc. lawn equipment | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Books, pictures, dvds, music cds | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor's clothing | 750.00 | 0.00 | | 0.00 | FA |
| 8 | watches and misc. other items | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. sporting goods and recreational items | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Social security | 1,800.00 | 0.00 | | 0.00 | FA |
| 11 | 2010 Lincoln MKX | 6,000.00 | 0.00 | | 0.00 | FA |
| 12 | Estate of Judy McGinn (u) | 0.00 | 15,000.00 | | 39,259.14 | FA |
| 13 | Bankruptcy Estate Tax Refund-Year Ending 04/2018 (u) | 4,246.00 | 4,246.00 | | 4,246.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$47,646.00** | **$19,246.00** | | **$43,505.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 31, 2018    **Current Projected Date Of Final Report (TFR):** September 4, 2018 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-80013-TML | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PIFER, JAMES T. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1766 - Checking Account |
| Taxpayer ID #: | **-***2143 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 03/09/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/05/17 | {12} | Zurich American | Inheritance Funds | 1249-000 | 21,535.61 | | 21,535.61 |
| 06/05/17 | {12} | Commonwealth Annuity | Inheritance Funds | 1249-000 | 13,753.89 | | 35,289.50 |
| 06/05/17 | {12} | Commonwealth Annuity | Inheritance Funds | 1249-000 | 43.91 | | 35,333.41 |
| 06/05/17 | {12} | Zurich American | Inheritance Funds | 1249-000 | 42.54 | | 35,375.95 |
| 06/05/17 | {12} | Zurich American | Inheritance Funds | 1249-000 | 65.19 | | 35,441.14 |
| 06/05/17 | {12} | Jackson National Life Insurance Company | Inheritance Funds | 1249-000 | 3,818.00 | | 39,259.14 |
| 06/09/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2017 FOR CASE #17-80013, Bond #016018067 | 2300-000 | | 22.86 | 39,236.28 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.16 | 39,191.12 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.49 | 39,136.63 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.92 | 39,074.71 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.32 | 39,020.39 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.86 | 38,960.53 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.03 | 38,904.50 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.09 | 38,850.41 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.46 | 38,788.95 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.07 | 38,736.88 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.71 | 38,681.17 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.78 | 38,627.39 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.11 | 38,566.28 |
| 06/04/18 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2018 FOR CASE #17-80013, Bond #016018067 | 2300-000 | | 17.95 | 38,548.33 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.60 | 38,494.73 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.05 | 38,435.68 |
| 08/06/18 | {13} | United States Treasury | Refund - Form 1041 Year Ending April 30, 2018 | 1224-000 | 4,246.00 | | 42,681.68 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.01 | 42,619.67 |
| 11/29/18 | 103 | STEPHEN G. BALSLEY | Trustee Compensation Awarded Pursuant to Court Order entered November 7, 2018 | 2100-000 | | 1,898.63 | 40,721.04 |
| 11/29/18 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Attorney for Trustee Fees Awarded Pursuant to Court Order entered November 28, 2018 | 3210-000 | | 3,640.00 | 37,081.04 |
| 11/29/18 | 105 | RSM US LLP | Accountant for Trustee Fees Awarded Pursuant to Court Order entered November 28, 2018 | 3310-000 | | 3,313.00 | 33,768.04 |
| 12/20/18 | | STEPHEN G. BALSLEY | Refund of overpayment for Trustee's | 2100-000 | | -185.67 | 33,953.71 |
| | | | Subtotals : | | $43,505.14 | $9,551.43 | |

{} Asset reference(s)

Printed: 03/09/2019 09:48 AM V.14.50

Case 17-80013   Doc 47   Filed 04/18/19   Entered 04/18/19 09:29:07   Desc Main
Document      Page 8 of 8

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 17-80013-TML | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | PIFER, JAMES T. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1766 - Checking Account |
| Taxpayer ID #: | **-***2143 | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 03/09/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Compensation pursuant to Amended Distribution | | | | |
| 01/29/19 | 106 | PIFER, JAMES T. | Dividend paid 100.00% on $33,875.50; Claim# SURPLUS; Filed: $33,875.50; Reference: | 8200-002 | | 33,875.50 | 78.21 |
| 01/29/19 | 107 | Frontier Communications | Combined Check for Claims#3,3I | | | 78.21 | 0.00 |
| | | | Dividend paid 100.00% 76.93 on $76.93; Claim# 3; Filed: $76.93 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1.28 on $1.28; Claim# 3I; Filed: $1.28 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 43,505.14 | 43,505.14 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 43,505.14 | 43,505.14 | |
| | | | Less: Payments to Debtors | | | 33,875.50 | |
| | | | **NET Receipts / Disbursements** | | **$43,505.14** | **$9,629.64** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1766** | 43,505.14 | 9,629.64 | 0.00 |
| | $43,505.14 | $9,629.64 | $0.00 |

{} Asset reference(s)                                                                                              Printed: 03/09/2019 09:48 AM    V.14.50